AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

ARMANDO M. REYES,

       Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER: **3:11-cv-00043-LRH-RAM**

UNITED STATES OF AMERICA,

       Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.


January 25, 2011                                            **LANCE S. WILSON**
                                                                       Clerk

                                                                     /s/ M. Campbell
                                                                     Deputy Clerk